## Lewis v. Oliver and Others.

A judgment-debtor and his replevin-surety are subject to a joint execution
by statute; hence a scire facias, when necessary, may issue against them
to have such an execution.

Saturday,      ERROR to the *Franklin* Circuit Court.—Scire facias to re-
November 26. vive a judgment.   In *September*, 1819, the plaintiff obtained a
judgment against *Oliver*, *Jacobs*, and *E. John*, for 1,500 dollars;
and, in *December* following, *R. John* entered himself replevin-
surety on the record.   The scire facias averred these facts, and
required the judgment-debtors and their replevin-surety to show
cause why execution should not issue against them.   Demurrer
to the scire facias, and judgment for the defendants.

BLACKFORD, J.—This judgment must be reversed.   By the
statute of 1817, p. 44, under which this debt was replevied, a
joint execution may issue within the proper time against the
principal and surety.   It follows that when, by the lapse of time,
a presumption has been raised in favour of the debtors, the scire
facias which issues to defeat that presumption, cannot be object-
ed to for praying that execution may issue against the same
parties that were liable before such presumption existed.

*Per Curiam.*—The judgment is reversed with costs.   Cause.
remanded, with directions to permit the defendants to withdraw.
their demurrer, &c.

*Caswell*, for the plaintiff.
*Smith*, for the defendants.